ORIGINAL

FILED

05/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0368

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0368

_____

PETER GRIGG,

    Plaintiff and Appellant,

v.

JUDGE MATT CUFFE,

    Defendant and Appellee.

_____

FILED

MAY 10 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

On April 12, 2022, we issued an Opinion in the above-entitled action, affirming the District Court's order granting summary judgment in favor of Judge Matt Cuffe that Grigg's "Petition to Overturn Unlawful Eviction Judgement [sic] [and] Remove Judge Matt Cuffe from Office" was a collateral attack barred as a matter of law. Grigg timely filed a Petition for Rehearing. M. R. App. P. 20(1)(a) provides that a petition for rehearing will be considered only when the Court "overlooked some fact material to the decision," when "it overlooked some question presented by counsel that would have proven decisive to the case," or when "its decision conflicts with a statute or controlling decision not addressed" by the Court.

Having fully considered Grigg's positions, we conclude that rehearing is not warranted under the standards of M. R. App. 20(1)(a). Accordingly,

IT IS HEREBY ORDERED that the Petition for Rehearing is DENIED.

The Clerk of Court is directed to mail copies of this Order to Peter Grigg and to all counsel of record.

DATED this 10 day of May, 2022

_____

_____

_____

_____
Justices